Rel: May 17, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0755

Donald Joe Barber v. Estate of Marjorie McCollom, deceased, and Marjorie McCollom's heirs and assigns, and Estate of Wallace Reid, deceased, and Wallace Reid's heirs and assigns (Appeal from Blount Circuit Court: CV-23-31).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Cook, JJ., concur.